# City Court.

*Special Term—May*, 1885.

## KELLOGG *against* FREEMAN.

An affidavit in supplementary proceedings should allege that the defendant is a resident *or* has a place of business within the county—either is sufficient. If the plaintiff proceeds on both grounds he must do so in the conjunctive.

McAdam, Ch. J.—An affidavit in supplementary proceedings which follows the alternative wording of the statute,—that the defendant is a resident or has a place of business within the county, is not sufficient (1 *Code Rep.* 38). It should allege either " that the defendant is a resident," or " that he has a place of business with the county," for either will suffice. If it be true that the defendant is a resident and also has a place of business within the county, the fact ought to be alleged in the conjunctive, in order to satisfy the rules of practice.

Motion to vacate order granted, without costs.